IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ANTHONY LEON SUMMERS | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv337 |
| STATE OF TEXAS | § | |

## FINAL JUDGMENT

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that petitioner take nothing, and this action is DISMISSED.

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this the **11** day of **July, 2005.**

_____
Thad Heartfield
United States District Judge